**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** NEBRASKA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Hearthstone Homes | § | Case No. 12-80348 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

C. Randel Lewis, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: 263,378.55 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 520,458.33 | |

3) Total gross receipts of $ 895,563.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 895,563.86 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,913,215.93 | $ 4,913,215.93 | $ 4,913,215.93 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 277,100.79 | 277,100.79 | 277,100.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 697,944.80 | 700,497.80 | 355,084.52 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 125,893.38 | 125,893.38 | 125,893.38 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,469,369.97 | 14,469,369.97 | 14,469,369.97 | 263,378.55 |
| **TOTAL DISBURSEMENTS** | $ 19,508,479.28 | $ 20,483,524.87 | $ 20,486,077.87 | $ 895,563.86 |

  4)  This case was originally filed under chapter 7 on  02/24/2012 , and it was converted to chapter 7 on  04/30/2013 .  The case was pending for 54 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  10/04/2017              By:/s/C. Randel Lewis, Trustee
                                                          Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 895,563.86 |
| **TOTAL GROSS RECEIPTS** | | **$** 895,563.86 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0051 | ARE ENTERPRISES, LLC | 4110-000 | 1,220,464.00 | 1,220,464.00 | 1,220,464.00 | 0.00 |
| 000092 | BAUMANN, MARGARET | 4110-000 | 125.85 | 125.85 | 125.85 | 0.00 |
| 000019 | DOUGLAS COUNTY TREASURE | 4110-000 | 12,489.12 | 12,489.12 | 12,489.12 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | DOUGLAS COUNTY TREASURER | 4110-000 | 3,265,126.14 | 3,265,126.14 | 3,265,126.14 | 0.00 |
| 000065 | KIA CHANEL | 4110-000 | 107,219.00 | 107,219.00 | 107,219.00 | 0.00 |
| 000028A | NEBRASKA DEPARTMENT OF REVENUE | 4110-000 | 245,546.00 | 245,546.00 | 245,546.00 | 0.00 |
| 000030A | SHAMROCK CONCRETE COMPANY | 4110-000 | 62,245.82 | 62,245.82 | 62,245.82 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 4,913,215.93 | $ 4,913,215.93 | $ 4,913,215.93 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEWIS, C. RANDEL | 2100-000 | NA | 48,028.19 | 48,028.19 | 48,028.19 |
| C, RANDEL LEWIS | 2200-000 | NA | 504.41 | 504.41 | 504.41 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 9,750.00 | 9,750.00 | 9,750.00 |
| NORTH, MCGRATH | 3210-000 | NA | 182,857.00 | 182,857.00 | 182,857.00 |
| NORTH, MCGRATH | 3220-000 | NA | 6,346.44 | 6,346.44 | 6,346.44 |
| BAAS & ASSOCIATES | 3410-000 | NA | 29,614.75 | 29,614.75 | 29,614.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 277,100.79 | $ 277,100.79 | $ 277,100.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FEES, PRIOR CHAPTER ADMIN | 6101-000 | NA | 243,357.54 | 243,357.54 | 243,357.54 |
| ANDERSON, BRIAN K. | 6710-000 | NA | 5,000.00 | 5,000.00 | 0.00 |
| DOUGLAS COUNTY TREASURER | 6710-000 | NA | 8,171.32 | 8,171.32 | 0.00 |
| EADS, PATRICIA JUNE | 6710-000 | NA | 0.00 | 2,553.00 | 0.00 |
| BROWN, AARON | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| CHARITY SCHLUETER | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| CHARLES KANIHO | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER YARNELL | 6990-000 | NA | 16,500.00 | 16,500.00 | 0.00 |
| CORY SMITH | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| DONNA GROVE | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| DUSTIN REAM | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| EVAN HENKEL | 6990-000 | NA | 15,000.00 | 15,000.00 | 0.00 |
| GRELL, BRETT | 6990-000 | NA | 2,000.00 | 2,000.00 | 0.00 |
| HILARIE DE GOEI | 6990-000 | NA | 3,500.00 | 3,500.00 | 0.00 |
| JAMESE NEWTON | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| JOHN & WYNETTE LOYD | 6990-000 | NA | 0.00 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH EVERINGHAM | 6990-000 | NA | 179,129.00 | 179,129.00 | 0.00 |
| JULIE Y. & SCOTT J. KAMINSKI | 6990-000 | NA | 1,358.24 | 1,358.24 | 0.00 |
| KATIE JO NIANG | 6990-000 | NA | 1,938.33 | 1,938.33 | 0.00 |
| KENTON AND JAMIE JURGENSEN | 6990-000 | NA | 3,000.00 | 3,000.00 | 0.00 |
| LANOJA NURSERIES INC. | 6990-000 | NA | 11,148.33 | 11,148.33 | 0.00 |
| MICHELLE PATRICK | 6990-000 | NA | 1,397.92 | 1,397.92 | 0.00 |
| NEIL SMITH | 6990-000 | NA | 52,500.00 | 52,500.00 | 0.00 |
| NICHOLLE NEWTON | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| PRIOR ADMIN CHAPTER FEES | 6990-000 | NA | 111,726.98 | 111,726.98 | 111,726.98 |
| RICHARD & TABITHA HIGHTOWER | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| SHAULA HEIDA | 6990-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| STEPHANIE M. WRAY | 6990-000 | NA | 3,900.00 | 3,900.00 | 0.00 |
| THOMAS BELMUDEZ SR. | 6990-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| TINA KAFONEK | 6990-000 | NA | 8,317.14 | 8,317.14 | 0.00 |
| TRAVIS L. GARGES | 6990-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 697,944.80 | $ 700,497.80 | $ 355,084.52 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000050 | ELLIOTT, ANGELA A. | 5800-000 | 7,735.50 | 7,735.50 | 7,735.50 | 0.00 |
| 000105 | FAGIN, ABIGAIL | 5800-000 | 2,572.92 | 2,572.92 | 2,572.92 | 0.00 |
| 000101 | FOSDICK, KIMBERLY | 5800-000 | 4,928.95 | 4,928.95 | 4,928.95 | 0.00 |
| 000035A | GRIMES, JR., WILLIAM ALLEN | 5800-000 | 11,725.00 | 11,725.00 | 11,725.00 | 0.00 |
| 000135 | GROEBLI, CHRISTIE | 5800-000 | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 |
| 000134 | HANQUIST, GABRIEL | 5800-000 | 3,850.00 | 3,850.00 | 3,850.00 | 0.00 |
| 000032 | HUSTON, MARK | 5800-000 | 3,645.83 | 3,645.83 | 3,645.83 | 0.00 |
| 000109 | INCODEIT SOLUTIONS, INC. | 5800-000 | 505.00 | 505.00 | 505.00 | 0.00 |
| 000053A | KINKAID, SCOTT | 5800-000 | 11,725.00 | 11,725.00 | 11,725.00 | 0.00 |
| 000054 | KROBOT, JEFREY | 5800-000 | 4,059.75 | 4,059.75 | 4,059.75 | 0.00 |
| 000049 | LAFERRIERE, JASON | 5800-000 | 7,874.67 | 7,874.67 | 7,874.67 | 0.00 |
|  | NEBRASKA DEPARTMENT OF LABOR | 5800-000 | 2,185.35 | 2,185.35 | 2,185.35 | 0.00 |
| 000033 | PATRICK, MICHELLE | 5800-000 | 1,397.92 | 1,397.92 | 1,397.92 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PETERSEN, COREY DREW | 5800-000 | 37,000.00 | 37,000.00 | 37,000.00 | 0.00 |
| 000075 | SIMONSEN, LUCAS | 5800-000 | 2,770.83 | 2,770.83 | 2,770.83 | 0.00 |
| 000031 | SKOUMAL, JENNIFER | 5800-000 | 4,166.66 | 4,166.66 | 4,166.66 | 0.00 |
| | UNITED STATES TRUSTEE | 5800-000 | 9,750.00 | 9,750.00 | 9,750.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 125,893.38 | $ 125,893.38 | $ 125,893.38 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000079 | A & P CONSTRUCTION INC. | 7100-000 | 80,519.34 | 80,519.34 | 80,519.34 | 1,465.65 |
| 000088 | A-1 UNITED HEATING & AIR CONDITIONI | 7100-000 | 107,570.40 | 107,570.40 | 107,570.40 | 1,958.05 |
| 000096A | ALLIED INSULATION SUPPLY CO., INC. | 7100-000 | 10,039.46 | 10,039.46 | 10,039.46 | 182.74 |
| 000126 | BLACK HILLS CORPORATION | 7100-000 | 3,348.78 | 3,348.78 | 3,348.78 | 60.96 |
| 000127 | BLACK HILLS CORPORATION | 7100-000 | 3,448.16 | 3,448.16 | 3,448.16 | 62.77 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 430128 | BLACK HILLS CORPORATION | 7100-000 | 417.39 | 417.39 | 417.39 | 7.93 |
| 000087 | BLINDS, ALL ABOUT | 7100-000 | 12,647.01 | 12,647.01 | 12,647.01 | 230.21 |
| 000084 | CARLISLE INSULATION, INC. | 7100-000 | 98,694.19 | 98,694.19 | 98,694.19 | 1,796.48 |
| 000124 | CHASTAIN INSURANCE AGENCY | 7100-000 | 19,635.78 | 19,635.78 | 19,635.78 | 357.42 |
| 000078A | CHRISTENSEN LUMBER CO. | 7100-000 | 709,089.58 | 709,089.58 | 709,089.58 | 12,907.19 |
| 000123 | CHUN-KAI HUANG | 7100-000 | 459.39 | 459.39 | 459.39 | 8.36 |
| 000116 | CITY OF PAPILLION | 7100-000 | 18.19 | 18.19 | 18.19 | 0.33 |
| 000117 | CITY OF PAPILLION | 7100-000 | 31.80 | 31.80 | 31.80 | 0.58 |
| 000118 | CITY OF PAPILLION | 7100-000 | 31.80 | 31.80 | 31.80 | 0.58 |
| 000119 | CITY OF PAPILLION | 7100-000 | 16.42 | 16.42 | 16.42 | 0.30 |
| 000120 | CITY OF PAPILLION | 7100-000 | 16.42 | 16.42 | 16.42 | 0.30 |
| 000017 | COLONIAL PACIFIC LEASING CORPORATIO | 7100-000 | 1,149.08 | 1,149.08 | 1,149.08 | 20.92 |
| 000018 | COLONIAL PACIFIC LEASING CORPORATIO | 7100-000 | 12,142.71 | 12,142.71 | 12,142.71 | 221.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000039 | COMMERCIAL SEEDING CONTRACTORS | 7100-000 | 2,456.78 | 2,456.78 | 2,456.78 | 44.72 |
| 000058 | CORY M. STEINBRECHER | 7100-000 | 607.50 | 607.50 | 607.50 | 11.06 |
| 000141 | COSENTRY.NET, LLC | 7100-000 | 50,025.16 | 50,025.16 | 50,025.16 | 910.58 |
| 000024 | CRITCHLEY, BRUCE J | 7100-000 | 14,400.00 | 14,400.00 | 14,400.00 | 262.12 |
| 000016 | DATA SOURCE MEDIA, INC. | 7100-000 | 267.16 | 267.16 | 267.16 | 4.86 |
| 000027A | E & A CONSULTING GROUP, INC. | 7100-000 | 6,250.03 | 6,250.03 | 6,250.03 | 113.77 |
| 000009 | FEDEX TECH CONNECT INC AS ASSIGNEE | 7100-000 | 294.66 | 294.66 | 294.66 | 5.36 |
| 000103 | FIRST AMERICAN TITLE COMPANY | 7100-000 | 1,469.50 | 1,469.50 | 1,469.50 | 26.75 |
| 000085 | GE CAPITAL RETAIL BANK | 7100-000 | 597.40 | 597.40 | 597.40 | 10.87 |
| 000015 | GRAY TELEVISION GROUP, INC. DBA WOW | 7100-000 | 20,876.00 | 20,876.00 | 20,876.00 | 380.00 |
| 000023 | HILLER ELECTRIC COMPANY | 7100-000 | 87,002.41 | 87,002.41 | 87,002.41 | 1,583.66 |
| 000086 | IMPERIAL TITLE COMPANY, INC. | 7100-000 | 174,042.29 | 174,042.29 | 174,042.29 | 3,167.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000108 | INCODEIT SOLUTIONS, INC | 7100-000 | 6,386.60 | 6,386.60 | 6,386.60 | 116.25 |
| 000029 | J & L SERVICES, INC. DBA EAGLE SERV | 7100-000 | 4,990.90 | 4,990.90 | 4,990.90 | 90.85 |
| 000073 | JAMMIE D. HARMS | 7100-000 | 125,000.00 | 125,000.00 | 125,000.00 | 2,275.31 |
| 000010 | JENNER POPPE | 7100-000 | 16,301.66 | 16,301.66 | 16,301.66 | 296.73 |
| 000083A | KCG INC. DBA REW | 7100-000 | 80,151.43 | 80,151.43 | 80,151.43 | 1,458.96 |
| 000074 | KEATING, O'GARA, NEDVED & PETER, P. | 7100-000 | 25,000.00 | 25,000.00 | 25,000.00 | 455.06 |
| 000002 | KOHL'S PHARMACY & HOMECARE | 7100-000 | 472.00 | 472.00 | 472.00 | 8.59 |
| 000003 | LANDMARKETING, INC. | 7100-000 | 4,000.00 | 4,000.00 | 4,000.00 | 72.81 |
| 000133A | LANOJA NURSERIES INC. | 7100-000 | 10,358.23 | 10,358.23 | 10,358.23 | 188.55 |
| 000130 | LEMGEMANN & ASSOCIATES, P.C. | 7100-000 | 79,493.00 | 79,493.00 | 79,493.00 | 1,446.97 |
| 000071 | MASCO CABINETRY, LLC. | 7100-000 | 97,579.22 | 97,579.22 | 97,579.22 | 1,776.18 |
| 000076A | MAVERICK CONSTRUCTION SYSTEMS, INC. | 7100-000 | 101,147.27 | 101,147.27 | 101,147.27 | 1,841.13 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000121 | METROPOLITAN UTILITIES DISTRICT | 7100-000 | 14,761.31 | 14,761.31 | 14,761.31 | 268.69 |
| 000110 | MR. AND MRS. ANDREW WIKE | 7100-000 | 3,850.00 | 3,850.00 | 3,850.00 | 70.08 |
| 000037 | NATIONAL HOME INSURANCE COMPANY | 7100-000 | 110,000.00 | 110,000.00 | 110,000.00 | 2,002.27 |
| 000038 | NATIONAL HOME INSURANCE COMPANY | 7100-000 | 20,000.00 | 20,000.00 | 20,000.00 | 364.05 |
| 000077A | NELSON BUILDERS | 7100-000 | 182,522.05 | 182,522.05 | 182,522.05 | 3,322.35 |
| 000006 | NELSON PAINTING & DECORATING INC. | 7100-000 | 6,921.62 | 6,921.62 | 6,921.62 | 125.99 |
| 000081 | NEW HOME WARRANTY INSURANCE COMPANY | 7100-000 | 35,000.00 | 35,000.00 | 35,000.00 | 637.09 |
| 000111A | NEW STEEL INC. | 7100-000 | 16,469.92 | 16,469.92 | 16,469.92 | 299.79 |
| 000060 | OMAHA PUBLIC POWER DIST | 7100-000 | 8,040.44 | 8,040.44 | 8,040.44 | 146.36 |
| 000061 | PETERSON BUILDING GROUP | 7100-000 | 104,923.27 | 104,923.27 | 104,923.27 | 1,909.86 |
| 000052 | PITNEY BOWES GLOBAL FINANCIAL SERVI | 7100-000 | 4,926.15 | 4,926.15 | 4,926.15 | 89.67 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | POURED FOUNDATIONS INC. | 7100-000 | 154,226.54 | 154,226.54 | 154,226.54 | 2,807.31 |
| 000008 | QWEST CORPORATION | 7100-000 | 535.09 | 535.09 | 535.09 | 9.74 |
| 000131 | QWEST CORPORATION | 7100-000 | 464.07 | 464.07 | 464.07 | 8.45 |
| 000107A | RESCOURES, ARID | 7100-000 | 71,308.39 | 71,308.39 | 71,308.39 | 1,297.99 |
| 000011 | ROBERT L. SAUER | 7100-000 | 4,825.00 | 4,825.00 | 4,825.00 | 87.83 |
| 000070 | SANDRA J. LEU & J. TUCKER WHEELER | 7100-000 | 5,200.00 | 5,200.00 | 5,200.00 | 94.65 |
| 000125 | SAPP BROS. INC. | 7100-000 | 1,409.34 | 1,409.34 | 1,409.34 | 25.65 |
| 000034 | SHAMROCK CONCRETE COMPANY | 7100-000 | 74,777.07 | 74,777.07 | 74,777.07 | 1,361.13 |
| 000013 | SKAR ADVERTISING, INC. | 7100-000 | 133,775.00 | 133,775.00 | 133,775.00 | 2,435.04 |
| 000137 | STEPHANIE DUSHAN | 7100-000 | 7,250.00 | 7,250.00 | 7,250.00 | 131.97 |
| 000090 | STETSON BUILDING PRODUCTS, INC. | 7100-000 | 1,017.57 | 1,017.57 | 1,017.57 | 18.52 |
| 000014 | THE COOKIE COMPANY | 7100-000 | 700.00 | 700.00 | 700.00 | 12.74 |
| 000001 | TIM GEIS | 7100-000 | 2,951.00 | 2,951.00 | 2,951.00 | 53.72 |
| 000080 | WASH, CARLSON POWER | 7100-000 | 4,800.00 | 4,800.00 | 4,800.00 | 87.37 |
| 000091A | WELLS FARGO BANK N.A. | 7100-000 | 11,528,621.04 | 11,528,621.04 | 11,528,621.04 | 209,849.59 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000138 | WHITMORE, BOAZ | 7100-000 | 1,650.00 | 1,650.00 | 1,650.00 | 30.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 14,469,369.97 | $ 14,469,369.97 | $ 14,469,369.97 | $ 263,378.55 |